AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| United States of America | ) |
| v. | ) |
| QUARUAN CHANCE | ) Case No. |
|  | )  19-mj-2607 |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 30, 2019__ in the county of __Westmoreland__ in the __Western__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(ii) | Possession with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Melissa Laukaitis, Special Agent, DEA
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __12/31/2019__

_____
*Judge's signature*

City and state: __Pittsburgh, Pennsylvania__    Honorable Patricia L. Dodge, U.S. Magistrate Judge
*Printed name and title*